

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00298-CV

IN THE INTEREST OF C.M. AND C. F., A CHILD

Appeal from the 306th District Court of Galveston County (Tr. Ct. No. 13-CP-0068)

**TO THE 306TH DISTRICT COURT OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 2nd day of June, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Texas Department of Family and Protective Services. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**. It is further **ORDERED** that this decision be certified below for observance.
>
> Judgment rendered June 2, 2015.
>
> Judgment rendered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court

in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 31, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

